# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)* I<br>INFORMATION ASSOCIATED WITH THE CELLULAR ACCOUNT FOR TARGET TELEPHONE NUMBER 619-679-2534 (TT-1) | )<br>)<br>)  Case No.  1:22-MJ-205<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Unknown_____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A attached and incorporated herein.
This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).
Because the government has satisfied the requirements of 18 U.S.C. § 3122, this warrant also constitutes an order under 18 U.S.C. § 3123.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____08/26/2022_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Christopher H. Steger, U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of _____11/10/2022_____.

Date and time issued: *August 12, 2022 @ 2:10 p.m.* _____
                                                        *Judge's signature*

City and state:  Chattanooga, Tennessee          Hon. Christopher H. Steger, U.S. Magistrate Judge
                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:22-MJ-205 | Date and time warrant executed: 8/15/2022 9:38 AM | Copy of warrant and inventory left with: Verizon Wireless |
| Inventory made in the presence of: DEA SA Andrew Bergren | | |

Inventory of the property taken and name of any person(s) seized:

Geo-location data provided by Verizon Wireless for telephone number 619-679-2534.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*